THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SARATOGA DELICATESSEN, INC., Appellant.— On appeal from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [Kings County], convicting the appellant corporation of the crime of selling and exposing for sale non-kosher meat in violation of section 435-a of the Penal Law, judgment of conviction

unanimously affirmed. No opinion. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.